2024 JUN 14 AM 10: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: cbr

Reset Form

MJ 24-03570

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 22-80063-CR-DIMITROULEAS/MCCABE |
| HUGH DIXON BATE | DECLARATION RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: Indictment
in the Southern District of Florida on 4/21/2022
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 1344; 1028A
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/13/2024
             Date

_Emily D_____
Signature of Agent

Emily Daniels
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (03/20)    DECLARATION RE OUT-OF-DISTRICT WARRANT